IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-00619-LTB-MJW

PHILIP W. WYERS, a Colorado resident, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation,

       Plaintiffs,

v.

MASTER LOCK COMPANY, a Delaware corporation,

       Defendant.

_____

## ORDER
_____

Following a hearing today, and upon the parties' request, I GRANT the Joint Motion to Vacate Trial Date and Set Renewed Scheduling Conference **[#38]**, and ORDER AS FOLLOWS:

1) The parties' current scheduling order (entered on August 24, 2006 **[#22]**), including the current discovery and trial deadlines, is VACATED;

2) The parties are given LEAVE to amend their pleading to allow claims related to the newly issued patent; and

3) The parties are DIRECTED to set a new scheduling conference with Magistrate Judge Michael J. Watanabe, in order to enter an Amended Scheduling Order in this matter, after the parties have amended their pleadings accordingly.

Dated: April ___, 2007, in Denver, Colorado.

                                                 BY THE COURT:

                                                    s/Lewis T. Babcock
                                                 Lewis T. Babcock, Chief Judge