# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00619-LTB-MJW

PHILIP W. WYERS, a Colorado resident, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation,
    Plaintiffs,

v.

MASTER LOCK COMPANY, a Delaware corporation,
    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR PARTIAL AMENDMENT OF SCHEDULING ORDER

It is hereby ORDERED that the Defendant's Unopposed Motion for Partial Amendment of Scheduling Order, [Docket Number 54], is GRANTED and the Amended Scheduling Order [Docket Number 47] is amended as follows:

- Initial expert reports: **August 24, 2007**.
- Rebuttal expert reports: **October 12, 2007**.
- Rule 30(b)(6) depositions: **No later than August 21, 2007**, except by mutual agreement of the parties.

All other provisions of the Amended Scheduling Order remain in effect.

                BY THE COURT

                s/Michael J. Watanabe, July 19, 2007
                The Hon. Michael J. Watanabe
                U.S. Magistrate Judge