IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00619-LTB-MJW

PHILIP W. WYERS, a Colorado resident, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation,
 Plaintiff,

v.

MASTER LOCK COMPANY, a Delaware corporation,
 Defendant.

## [Proposed] ORDER GRANTING DEFENDANT'S MOTION TO VACATE AND RESCHEDULE SETTLEMENT CONFERENCE (Docket No. 61)

Before the Court is the motion by Defendant and Counterclaimant Master Lock Company to vacate the current settlement conference scheduled for August 6, 2007, and to reset the settlement conference for a date following the Labor Day holiday, and being fully advised, the Court hereby **GRANTS** the motion, and **ORDERS** as follows:

- The current settlement conference scheduled for August 6, 2007, and the accompanying deadline for submission of confidential settlement statements is **VACATED**.

- The parties are directed to promptly confer with the Court's chambers deputy to select a new date for a settlement conference following September 4, 2007.

- No later than ten days from the date of this order, the parties will agree on a new date for a settlement conference, to be conducted on a mutually agreeable

- 2 -

date following September 4, 2007, and shall advise the Court of such date, which will then be entered on the docket of this action.

Dated: July 30, 2007,                                    IT IS SO ORDERED.

_____
The Hon. Michael J. Watanabe
U.S. Magistrate Judge