IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00619-LTB-MJW

PHILIP W. WYERS, a Colorado resident, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation,
    Plaintiffs,

v.

MASTER LOCK COMPANY, a Delaware corporation,
    Defendant.

---

## [Proposed] ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER (Docket No. 67)

---

Before the Court is the joint motion of the parties concerning a further amendment of the current scheduling order in light of developments in this case, and being fully advised, the Court hereby finds good cause under Fed. R. Civ. P. 16(e) to amend the current scheduling order and **GRANTS** the motion as follows:

The prior scheduling order is amended with the following deadlines and scheduling dates, with all other provisions of the Amended Scheduling Order [Doc. #47, May 23, 2007] remaining in effect:

- **September 6, 2007** – Deadline for parties to supplement their previous discovery responses with information concerning the '426 Patent.
- **September 7, 2007** – Deadline for parties to meet and confer on their respective positions concerning interpretation of terms in patent claims.

- **September 18, 2007, 9 a.m.** – Hearing by Court on Master Lock's motion for leave to amend its counter claims. (Set by the Court in Doc. #66.)
- **October 17 - 19, 2007** – Rule 30(b)(6) deposition of Master Lock in Wisconsin.
- **October 22 24, 2007** – Rule 30(b)(6) deposition of Wyers in Colorado.
- **October 25, 2007, 8 a.m.** – Settlement Conference.
- **November 2, 2007** – Deadline to file simultaneous opening *Markman* briefs on claim interpretation issues.
- **November 7, 2007** – Deadline for disclosure of testifying expert witnesses and exchange of Rule 26(a)(2) expert reports.
- **November 9, 2007** – Deadline to serve interrogatories, requests for production, and requests for admission.
- **December 7, 2007** – Deadline to file simultaneous reply *Markman* briefs on claim interpretation issues.
- **December 14, 2007** – Deadline to complete all fact discovery.
- **December 21, 2007** – Deadline for disclosure of rebuttal expert witnesses and exchange of Rule 26(a)(2) rebuttal expert reports.
- **January 18, 2008** – Deadline to complete all expert witness discovery.
- **February 15, 2008** – Deadline to file any dispositive motion.
- **February 28, 2008** – Deadline to file proposed Final Pretrial Order. (Previously set by the Court.)

- **March 4, 2008, 8:30 a.m.** – Final Pretrial Conference. (Previously set by the Court.)

- **September 10, 2008, 8 a.m.** – Trial Preparation Conference. (Previously set by the Court.)

- **October 6, 2008, 8:30 a.m.** – Jury trial to begin. (Previously set by the Court.)

IT IS SO ORDERED.

Dated: ~~August~~ September 4th, 2007

Hon. Michael J. Watanabe
U.S. Magistrate Judge

- 3 -