IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes<br>Court Reporter: Gwen Daniel | Date: September 18, 2007 |

_____

| | |
|---|---|
| Civil Case No. 06-cv-00619-LTB-MJW | Counsel: |
| PHILIP W. WYERS, a Colorado resident, and<br>WYERS PRODUCTS GROUP, INC., a<br>Colorado corporation, | David Larkin |
|     Plaintiffs, | |
| v. | |
| MASTER LOCK COMPANY, a Delaware<br>corporation, | John Margolies |
|     Defendant. | |

_____

COURTROOM MINUTES
_____

HEARING - Motion

**9:01 a.m.     Court in session.**

Also present: Plaintiff Philip Wyers.

**ORDERED:**   Defendant's Motion for Leave to File Amended Counterclaims **(51)** is **granted.**

**9:32 a.m.     Court in recess/hearing concluded.**

Total in-court time: 00:31