# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-00619-LTB

PHILIP W. MYERS, a Colorado resident, and,
WYERS PRODUCTS GROUP, INC., a Colorado corporation,

      Plaintiff,

v.

MASTER LOCK COMPANY, a Delaware corporation,

      Defendant.

_____

# ORDER
_____

      For the reasons stated on the record during the September 18, 2007, hearing, and based upon the parties' motions, briefs, and the case file, IT IS HEREBY ORDERED THAT:

      1. Defendant's Motion for Leave to File Amended Counterclaims [**Docket # 51**] is GRANTED.

      2. Defendant's proposed Second Amended Answer and Amended Counterclaims [**Docket # 51-3**] is accepted for filing.


Dated: September __18__, 2007.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge