## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 06-cv-00619-LTB-MJW | FTR |
| **Date:** December 13, 2007 | Shelley Moore/ Debra Nawls, Deputy Clerks |
| PHILIP W. WYERS, et al., | Timothy J. Martin |
| Plaintiff(s), | |
| v. | |
| MASTER LOCK COMPANY, | Christopher P. Beall |
| | Katherine W. Schill |
| Defendant(s). | Jonathan H. Margolies (via telephone) |
| | Maitreya Jani (via telephone) |
| | Chrysso Sarkos Sarris (via telephone) |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session 8:33 a.m.**

Court calls case. Appearances of counsel.

8:34 a.m.   Ms. Schill presents argument on Defendant's Motion to Obtain Relief Under Rule 16(f) (document 86).

8:37 a.m.   Mr. Martin presents responsive argument.

8:41 a.m.   Ms. Schill presents rebuttal argument.

Defendant's make Oral Motion for Attorney Fees and Costs related to the instant motion.

**ORDERED:**   Defendant's Motion to Obtain Relief Under Rule 16(f) (document 86) is **GRANTED IN PART and DENIED IN PART** as follows.

• The Court finds that the issue concerning expert discovery is MOOT. Plaintiffs are bound by the judicial admission that they do not intend to

- call experts in their case in chief. Accordingly, that portion of the motion is **DENIED**.

- The portion of the motion requesting supplements to the interrogatories concerning the '649 patent is **GRANTED**. Plaintiffs shall supplement said interrogatory requests by December 31, 2007.

- The continued deposition of Plaintiff Wyers shall take place on January 7, 2008, at 9:00 a.m. Counsel are limited to questions regarding damages only.

- Counsel shall meet and confer to schedule the deposition of Defendant Master Lock Company's 30(b)(6) witness for two consecutive days.

- The discovery deadline is extended to January 28, 2008, for the limited purpose of completing the depositions of Plaintiff Wyers and Master Lock Company's 30(b)(6) witness.

- Each party shall pay its own fees and costs as relates to this motion.

Defendant makes Oral Motion for Leave to Submit a Damages Report.

**ORDERED:** Defendant's Oral Motion for Leave to Submit a Damages Report is **GRANTED**. The damages report shall be filed on or before January 28, 2008.

**Court in recess 8:58 a.m.**
Total In-Court Time 0:25, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.