## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00619-LTB-MJW

PHILIP W. WYERS, a Colorado resident, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation,
    Plaintiff,

v.

MASTER LOCK COMPANY, a Delaware corporation,
    Defendant.

---

## [Proposed] ORDER GRANTING UNOPPOSED MOTION FOR PARTIAL AMENDMENT OF SCHEDULING ORDER  (Docket No. 95)

---

Before the Court is the unopposed motion by Defendant and Counterclaimant Master

Lock Company ("Master Lock") seeking an amendment to the current scheduling order, and

being fully advised, the Court hereby **GRANTS** the motion and **ORDERS** as follows:

- Master Lock will make its 30(b)(6) witness available for deposition in Milwaukee,
  Wisconsin, on January 3 and 4, 2008.

- Wyers will have until January 11, 2008 to file a rebuttal expert report on the issue of
  the invalidity of the patents-in-suit.

Dated: ~~Dec. , 2007~~ JANUARY 2, 2008

IT IS SO ORDERED.

The Hon. Michael J. Watanabe
U.S. Magistrate Judge

{00014529;v1}