**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00619-LTB

PHILIP W. WYERS, a Colorado resident, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation,
    Plaintiff,

v.

MASTER LOCK COMPANY, a Delaware corporation,
    Defendant.

---

**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
OF NON-INFRINGEMENT AND INVALIDITY**

---

Defendant, Master Lock Company, by its attorneys, moves this Court for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing Plaintiffs' Amended Complaint and finding, as a matter of law, that

    (1) Master Lock does not infringe U.S. Patent No. 6,055,832;
    (2) the asserted claims of U.S. Patent No. 6,055,832 are invalid;
    (3) the asserted claims of U.S. Patent No. 6,672,115 are invalid;
    (4) the asserted claims of U.S. Patent No. 7,165,426 are invalid; and
    (5) the asserted claims of U.S. Patent No. 7,225,649 are invalid.

In support of this Motion, Master Lock Company relies on the pleadings, papers, and Orders already of record in this case, as well as the argument and evidence set forth in the accompanying brief, declarations, and exhibits.

Dated: February 15, 2007

By:  s/ Christopher P. Beall
Jonathan H. Margolies
Katherine W. Schill
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
Telephone: 414.271.6560
Facsimile: 414.277.0656

Christopher P. Beall
LEVINE SULLIVAN KOCH &
SCHULZ, L.L.P.
1888 Sherman Street
Suite 370
Denver, Colorado 80203
Telephone: 303.376.2400

Attorneys for Defendant
Master Lock Company

{00093155;v1}   2

## CERTIFICATE OF SERVICE

I hereby certify that on this  15th  day of February, 2008, I electronically filed the foregoing **DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY**, with the Clerk of the Court using the ECF/CM electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

Timothy J. Martin, Esq. (tmartin@martinhenson.com,)
Law Offices of Timothy J. Martin, P.C.
9250 West Fifth Avenue, Suite 200
Lakewood, Colorado  80226


I hereby further certify that on this  15th  day of February, 2008, I served a photocopy of the foregoing **DEFENDANT'S BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY**, along with a copy of the documents to be filed under seal, via U.S. Mail, postage paid and addressed to the following counsel of record:

Timothy J. Martin, Esq.
Law Offices of Timothy J. Martin, P.C.
9250 West Fifth Avenue, Suite 200
Lakewood, Colorado  80226


                                                s/ Marla D. Kelley