IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00619-LTB-MJW

PHILIP W. WYERS, et al.,

Plaintiffs,

v.

MASTER LOCK COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Withdraw as Counsel by Timothy J. Martin (docket no. 135) is GRANTED. Timothy J. Martin is withdrawn as counsel of records for the Plaintiffs.

Date: April 2, 2008