**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00619-LTB-MJW

PHILIP W. WYERS, a Colorado resident, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation,
    Plaintiffs,

v.

MASTER LOCK COMPANY, a Delaware corporation,
    Defendant.

**JOINT CLAIM CONSTRUCTION CHART**

Plaintiffs Philip W. Wyers and Wyers Products Group, Inc. ("Wyers") and Defendant Master Lock Company ("Master Lock"), by and through their undersigned attorneys, respectfully submit the following Joint Claim Construction Chart, in connection with their separate simultaneous supplemental claim construction briefs.

| CLAIM TERM | MASTER LOCK'S PROPOSED CONSTRUCTION | WYERS' PROPOSED CONSTRUCTION |
|---|---|---|
| **"latch portion"** | "latch portion" is "that part of the shackle member [opposite the stop portion] that is notched so that the locking head will attached securely to the shackle member once locked thereto…." | that portion of the shackle member that is accepted into or interfaces with the locking head. |
| **"seal structure"** | a structure which engages with the shank portion to help insulate the locking mechanism against intrusion of foreign substances while in use. | a seal that is part of or formed by the flange itself and/or a seal that comprises a separate piece from the flange but that is incorporated into the flange and that engages an outer surface margin of the shank portion of the shackle member. |

| CLAIM TERM | MASTER LOCK'S PROPOSED CONSTRUCTION | WYERS' PROPOSED CONSTRUCTION |
|---|---|---|
| "a [] transverse [] inner head face with an entry way sized and adapted to mate with said latch portion" | the notch or entryway in the transverse inner head face is specifically designed so that it is configured geometrically similar to, but slightly larger than, the latch portion and is able to join or fit together with it. | the end wall of a casing or housing for the lock mechanism, which together comprise the locking head, that defines an opening or passage for entrance of a size capable of joining or coupling with the latch portion. |
| "head cover" | a cover of the locking head. | a cover over portions of the locking head composed of a flange portion that defines or supports the seal structure and a cover portion or skirt that engages or extends at least partially along the sidewall or peripheral surface of the locking head sufficiently to be retained thereon. |
| "outer surface margin" | The outside surface of the shank portion adjacent to the latch portion. | the outside limit and adjoining surface of the shank portion that is adjacent to the latch portion. |

Jointly submitted this  8th  day of July, 2008,

By:  s/ Michael P. Dulin
    Michael P. Dulin
    Michelle Pinkowski
    Bill Slamkowski
    HENSLEY KIM & HOLZER, LLC
    1660 Lincoln St., Suite 3000
    Denver, CO 80264
    Ph: 720-377-0770
    Fax: 720-377-0777

Attorneys for Plaintiffs
**Philip W. Wyers,** and
**Wyers Products Group, Inc**.


By:  s/ Christopher P. Beall
    Christopher P. Beall
    LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
    1888 Sherman Street, Suite 370
    Denver, Colorado  80203
    Telephone:    303.376.2400

    Jonathan H. Margolies
    Katherine W. Schill
    MICHAEL BEST & FRIEDRICH LLP
    100 East Wisconsin Avenue, Suite 3300
    Milwaukee, WI  53202-4108
    Telephone:    414.271.6560
    Facsimile:    414.277.0656

Attorneys for Defendant
**Master Lock Company**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this __8th__ day of July, 2008, I electronically filed the foregoing **JOINT CLAIM CONSTRUCTION CHART** with the Clerk of the Court using the ECF/CM electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

    Michael Patrick Dulin, Esq.
    Michelle A. Pinkowski, Esq.
    William T. Slamkowski, Esq.
    HENSLEY KIM & HOLZER, LLC
    1660 Lincoln St., Suite 3000
    Denver, CO 80264
    *Attorneys for Plaintiffs*

                                                      /s  Christopher P. Beall