IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-00619-LTB-MJW

PHILIP W. WYERS, a Colorado resident, and,
WYERS PRODUCTS GROUP, INC., a Colorado corporation,

       Plaintiffs,

v.

MASTER LOCK COMPANY, a Delaware corporation,

       Defendant.
_____

ORDER
_____

Upon Defendant's Motion to Amend Scheduling Order (Doc 177) and Plaintiffs' Response (Doc 180), it is

ORDERED that the Motion is GRANTED as follows:

- Defendant's Renewed Motion for Partial Summary Judgment is accepted for filing.

- Plaintiffs' response to the Renewed Motion is due **on or before August 25, 2008**.

- Defendant's Reply is due **on or before September 5, 2008**.

                             BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: August 7, 2008