IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-00619-LTB-MJW

PHILIP W. WYERS, a Colorado resident, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation,

    Plaintiff(s),

v.

MASTER LOCK COMPANY, a Delaware Corporation,

    Defendant(s).

---

## VERDICT FORM

---

## VERDICT FORM

Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

### FINDINGS ON INVALIDITY

1. Has Master Lock proven by clear and convincing evidence that the following claims of the '115 patent are obvious as defined in Jury Instructions 6 through 10:

    i.   The invention of Claim 15    ____ Yes   ✓ No
    ii.  The invention of Claim 19    ____ Yes   ✓ No
    iii. The invention of Claim 21    ____ Yes   ✓ No
    iv.  The invention of Claim 24    ____ Yes   ✓ No

2. Has Master Lock proven by clear and convincing evidence that the claims of the '426 patent are obvious as defined in Jury Instructions 6 through 10?

    i.   The invention of Claim 1     ____ Yes   ✓ No

3. Has Master Lock proven by clear and convincing evidence that the claims of the '649 patent are obvious as defined in Jury Instructions 6 through 12?

    i.   The invention of Claim 1     ____ Yes   ✓ No
    ii.  The invention of Claim 9     ____ Yes   ✓ No
    iii. The invention of Claim 11    ____ Yes   ✓ No

2

## FINDINGS ON DAMAGES

If you answered "no" to any of the foregoing questions on invalidity due to obviousness in the previous section, proceed to answer the following question. If you did not so answer, do not answer the remaining questions and proceed to check and sign the verdict form.

What amount is Wyers entitled to as a reasonable royalty?

$ 5,350,000