IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Civil Action No. 06-cv-00619-LTB-MJW

PHILIP W. WYERS, et al.,

Plaintiffs,

v.

MASTER LOCK COMPANY,

Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS and DEPOSITIONS

IT IS STIPULATED AND ORDERED that at the conclusion of the trial counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 11th day of March 2009.

BY THE COURT:

Lewis T. Babcock, Judge

Attorney for Plaintiffs

Attorney for Defendant