**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-00619-LTB

PHILIP W. WYERS, a Colorado resident, and,
WYERS PRODUCTS GROUP, INC., a Colorado corporation,

      Plaintiffs,

v.

MASTER LOCK COMPANY, a Delaware corporation,

      Defendant.
_____

**ORDER GRANTING JOINT MOTION TO MODIFY POST-TRIAL BRIEFING SCHEDULE**
_____

Before the Court is the joint motion of the parties to modify the Court's post-trial

briefing schedule, as set in Doc. # 284, filed March 12, 2009, and finding good cause

therefore, the Court **GRANTS** the motion, and **ORDERS** as follows:

      a. The date by which all opening post-trial motions or briefs shall be filed

remains April 3, 2009.

      b. The date by which any responses shall be filed is extended to April 24,

2009.

      c. The date by which replies shall be filed is extended to May 1, 2009.

                            BY THE COURT:


                            ___s/Lewis T. Babcock_____
                            Lewis T. Babcock, Judge


DATED:  March 17, 2009