UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **1:06-cv-00619-LTB**

PHILIP W. WYERS, a Colorado resident, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation,

Plaintiffs,

v.

MASTER LOCK COMPANY, a Delaware corporation,

Defendant.

---

**ORDER REGARDING ENTRY OF JUDGMENT**

---

The Parties have stipulated and the Court does hereby **ORDER** that for purposes of Fed. R. Civ. P. 58(b)(2), the Court hereby enters Judgment in this matter, as of the date of this order, incorporating as that Judgment the following Orders: Order, Docket No. 321, entered May 12, 2009, Order, Docket No. 322, entered May 12, 2009, and Order, Docket 323, entered May 12, 2009. The Court notes that the specific dollar amount of this Judgment is subject to the accounting ordered in Docket Nos. 322 and 323. As a result, and because the parties are working together to determine the amount and form of a *supersedeas* bond, the Court hereby stays execution of the monetary damages in this matter for thirty (30) days, or until approval of the *supersedeas* bond under Fed. R. Civ. P. 62(d).

Dated May 21, 2009

IT IS SO ORDERED.

s/Lewis T. Babcock
Lewis T. Babcock
Senior Judge

**AGREED AND JOINTLY SUBMITTED**
this _20th_ day of May, 2009:

For Plaintiffs **WYERS PRODUCTS GROUP INC.** and **PHILIP WYERS**:

By: _/s Aaron P. Bradford_
Aaron P. Bradford
Michael P. Dulin
HENSLEY KIM & HOLZER, LLC
1660 Lincoln St., Suite 3000
Denver, CO 80264
Ph: 720-377-0770
Fax: 720-377-0777

Attorneys For Plaintiffs
**Philip W. Wyers** and **Wyers Products Group, Inc**.

For Defendant **MASTER LOCK COMPANY**:

By: _/s Christopher P. Beall_
Jonathan H. Margolies
Katherine W. Schill
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
Telephone: 414.271.6560
Facsimile: 414.277.0656

Christopher P. Beall
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1888 Sherman Street, Suite 370
Denver, CO 80203
Telephone: 303.376.2400

Attorneys for Defendant-Counterclaimant
**Master Lock Company**