UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **1:06-cv-00619-LTB**

PHILIP W. WYERS, a Colorado resident, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation,

    Plaintiffs,

v.

MASTER LOCK COMPANY, a Delaware corporation,

    Defendant.

---

### [Proposed] ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF *SUPERSEDEAS* BOND

---

Before the Court is the unopposed motion by Defendant and Counterclaimant Master Lock Company ("Master Lock") seeking approval for the *supersedeas* bond submitted by Master Lock pursuant to Fed. R. Civ. P. 62(d), and finding good cause therefore, the Court **GRANTS** the motion, and **ORDERS** that the submitted *supersedeas* bond is **APPROVED** pursuant to Rule 62(d).

Dated: ~~June~~ July 1, 2009             IT IS SO ORDERED.

                                                        The Hon. Lewis T. Babcock
                                                        U.S. Senior Judge

{00225321;v1}