UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00619-LTB-MJW

PHILIP W. WYERS, a Colorado resident, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation,

       Plaintiffs,

v.

MASTER LOCK COMPANY, a Delaware corporation,

       Defendant.

___

ORDER
___

       Upon Plaintiffs' Response to Motion to Vacate Permanent Injunction (Doc 345) and Status Report (Doc 346), it is

       ORDERED that the permanent injunction previously entered is VACATED; it is

       FURTHER ORDERED that the $8.5 million bond posted with this Court following the Notice of Appeal is RELEASED; it is

       FURTHER ORDERED that the Defendant shall reply **on or before November 29, 2010** to Plaintiffs' request that the question of costs be deferred and the matter further stayed pending outcome of the Plaintiffs' Petition for Certiorari to the United States Supreme Court.

       BY THE COURT:

        s/Lewis T. Babcock
       LEWIS T. BABCOCK, Judge

DATED: November 15, 2010