UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00619-LTB-MJW

PHILIP W. WYERS, a Colorado resident, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation,

       Plaintiffs,

v.

MASTER LOCK COMPANY, a Delaware corporation,

       Defendant.

_____

## ORDER
_____

Upon the Stipulation for Stay of Execution and for Further Proceedings in this Case (Doc 375 - filed October 21, 2011) and being fully advised in the premises, it is

ORDERED that the Stipulation for Stay of Execution and for Further Proceedings is approved and adopted as the Order of this Court.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          LEWIS T. BABCOCK, Judge

DATED: October 24, 2011