IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00619-LTB-MJW

PHILIP W. WYERS, et al.,

Plaintiffs,

v.

MASTER LOCK COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Motion to Compel Discovery and for Sanctions Against Wyers Products Group Inc., (Docket No. 373) is MOOT and therefore DENIED.  Notice of Satisfaction of Judgment was filed with this court on December 15, 2011 (Docket No. 377).

Date: August 13, 2012